ORIGINAL

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0561

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0561

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

    Defendant and Appellant.

---

**O R D E R**

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On September 19, 2024, Appellant Tyler Frederick Erickson filed a Notice of Appeal in this matter. In that Notice, Erickson asserted that transcripts had not been ordered in accordance with M. R. App. P. 8(3) but would be ordered after the Court appoints the Appellate Defender Division to represent Erickson. Erickson separately moved for appointment of counsel, which this Court denied on September 20, 2024.

On October 28, 2024, the District Court record, without transcripts, was filed in this Court. Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met.

On December 6, 2024, having received no transcripts nor requests for extension of time, this Court ordered Erickson to file a status report on or before January 6, 2025. Erickson has not filed a status report nor have other filings been made in this appeal.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant Tyler Frederick Erickson and all counsel of record.

DATED this 18 day of February, 2025.

_____
Chief Justice

_Katherine M Bridgman_

_[signature]_

_[signature]_

_[signature]_

Justices